1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   Pete Anthony Toro

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:13-CR-00210 LJO-SKO-1 |
|---|---|---|
| *Plaintiff*, | ) | STIPULATION TO SET FOR CHANGE OF PLEA; ORDER THEREON |
| v. | ) | |
| PETE ANTHONY TORO, | ) | Date: July 22, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |
| *Defendant.* | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Pete Anthony Toro, that this matter may be scheduled for a change of plea hearing, before the Hon. Lawrence J. O'Neill, on July 22, 2013. It is further stipulated that the July 29, 2013 status conference before the Hon. Sheila K. Oberto may be vacated.

///
///
///
///
///
///
///

BENJAMIN B. WAGNER
United States Attorney

DATED: July 17, 2013

By /s/ David L. Gappa
DAVID L. GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: July 17, 2013

By /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Pete Anthony Toro

**O R D E R**

**IT IS SO ORDERED.**

DATED: July 18, 2013

/s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL, Judge
United States District Court